**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Robert J. Spinoso, Jr.                              CASE NO.:
Last Four Digits of SS#: 1635

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $101.94 for months __1__ to __60__; in order to pay the following creditors:

Administrative:   Attorney's Fee and Costs - $3,500.00 (Base Chapter 13 Fee & administrative costs)
                Amount Paid-(Pre-petition) ($ 995.00)
                Balance Due Though Plan  $2,505.00 payable $92.67/month (Months _1_ to _5_)
                                              payable $81.67/month (Months _6_ to _30_)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: NONE

1. _____    Arrearage on Petition Date $
Address: _____    Arrears Payment  $_____/month (Months _____ to \_\_\_\_\_)
_____    Regular Payment  $_____/month (Months _____ to \_\_\_\_\_)
Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.
NONE

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | __ To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]: NONE

1. _____    Total Due $_____
                                 Payable   $\_\_\_\_\_/month (Months __ to __)

Unsecured Creditors: Pay $0.00/month (Months __1__ to __5__)
                          Pay $11.00/month (Months _6_ to _30_)
                          Pay $92.67/month (Months _31_ to _60_)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The Debtor surrenders his interest in the real property located at 556 Roosevelt Ave., River Vale, NJ 07675 to Seterus, Inc. (account no.: 9666).

2. The Debtor rejects the automobile lease on the 2013 Ford Edge to Ford Motor Credit (account no.: 4254).

3. The Debtor rejects the automobile lease on the 2015 Ford Mustang to Ford Motor Credit (account no.: 7363).

4. The Debtor will pay the motorcycle loan on the 2015 Harley Davidson FLHXSE to Harley Davidson Credit (account no.: 1949) direct and outside of the Plan.

5. In the event the Debtor recovers any non-exempt proceeds from a potential claim for age discrimination against his prior employer, those proceeds will be placed in the Debtor's Attorney's Trust Account and turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors over and above what is provided for in the plan up to 100% of allowed unsecured claims.

LF-31(rev. 1/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor: _____
Robert J. Spinoso, Jr.

Date:_____

LF-31(rev. 1/08/10)