UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                   Case No.: 16-12789-RBR

ROBERT J. SPINOSO, JR.

Debtor
_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Debtor, ROBERT J. SPINOSO, JR., and hereby files this Notice of Voluntary Dismissal.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by first-class, U.S mail or via the CM/ECF system of the United States Bankruptcy Court to all creditors and interested parties on the attached matrix, this 11th day of May, 2016.

**BARRY S. MITTELBERG, P.A.**
1700 N. University Drive, #300
Coral Springs, FL 33071
(954) 752-1213
(954) 752-5299 fax
Email: steve@mittelberglaw.com

By: /s/ Stephen M. Weinstein
Stephen M. Weinstein, Esq.
Florida Bar No.: 740896

**I HEREBY CERTIFY** that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910 (d) (1) & (2).

I HAVE BEEN ADVISED BY MY ATTORNEY THAT ANY AND ALL ADMINISTRATIVE, SECURED, PRIORITY AND UNSECURED DEBTS WILL NOT BE DISCHARGED AS A RESULT OF THIS DISMISSAL.

/s/ Robert Spinoso
ROBERT J. SPINOSO, JR – Debtor

−1−

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 16-12789-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed May 11 10:55:11 EDT 2016 | Cab East LLC<br>c/o Gerard M. Kouri, Jr., Esq.<br>5311 King Arthur Avenue<br>Davie, FL 33331-3340 | Federal National Mortgage Association<br>c/o Anila S Rasul<br>PO Box 19519<br>Fort Lauderdale, FL 33318-0519 |
| America Honda Financial<br>201 Little Falls Dr.<br>Wilmington, DE 19808-1674 | American Express<br>POB 297871<br>Fort Lauderdale, FL 33329-7871 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Bank of America<br>4909 Savarese Cir<br>Tampa, FL 33634-2413 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclays Bank Delaware<br>POB 8803<br>Wilmington, DE 19899-8803 | Bergen County Probation<br>101 Hudson St., # 103<br>Hackensack, NJ 07601-6904 | Bergen Regional Medical Center<br>230 E. Ridgewood Ave.<br>Paramus, NJ 07652-4142 |
| Berks Credit & Collections<br>900 Corporate Dr.<br>Reading, PA 19605-3340 | Bmby<br>POB 6497<br>Sioux Falls, SD 57117-6497 | Cap1/berpl<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| Capital One<br>POB 26625<br>Richmond, VA 23261-6625 | Capital One<br>POB 30273<br>Salt Lake City, UT 84130-0273 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cbna<br>133200 Smith Rd<br>Cleveland, OH 44130 | Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | Chase Card<br>POB 15298<br>Wilmington, DE 19850-5298 |
| Chase Mortgage<br>POB 24696<br>Columbus, OH 43224-0696 | Citi<br>POB 6241<br>Sioux Falls, SD 57117-6241 | Citizens One Auto Finance<br>480 Jefferson Blvd<br>Warwick, RI 02886-1359 |
| Comenitycapital/lndclb<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Coral Springs Medical Center<br>POB 590067<br>Fort Lauderdale, FL 33359-0067 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Dsrm Nt Bk<br>POB 631<br>Amarillo, TX 79105-0631 | Ford Cred<br>Po Box Box 542000<br>Omaha, NE 68154-8000 | Ford Motor Credit<br>POB 542000<br>Omaha, NE 68154-8000 |

| | | |
|---|---|---|
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Goodyear<br>POB 6497<br>Sioux Falls, SD 57117-6497 | Harley Davidson Credit<br>222 W Adams<br>Chicago, IL 60606-5307 |
| Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 | IRS<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | Kia Motors Finance<br>10550 Talbert Avenue<br>Founatin Valley, CA 92708-6031 |
| Kohls<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Lending Club<br>71 Stevenson St., #300<br>San Francisco, CA 94105-2985 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Phoenix Ed Med of Broward, LLC<br>POB 38048<br>Philadelphia, PA 19101-0813 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sears<br>133200 Smith Rd<br>Cleveland, OH 44130 |
| Sears<br>POB 6497<br>Sioux Falls, SD 57117-6497 | Seterus Inc<br>8501 Ibm Dr, Bldg 201, 2dd188<br>Charlotte, NC 28262-4333 | Syncb/Amazon<br>POB 965015<br>Orlando, FL 32896-5015 |
| Syncb/Bassett Furniture<br>POB 965036<br>Orlando, FL 32896-5036 | Syncb/Care Credit<br>POB 965036<br>Orlando, FL 32896-5036 | Syncb/Electronics Expo<br>POB 965036<br>Orlando, FL 32896-5036 |
| Syncb/Home Design<br>POB 965036<br>Orlando, FL 32896-5036 | Syncb/Lord & Taylor<br>POB 965015<br>Orlando, FL 32896-5015 | Syncb/Lowes<br>POB 956005<br>Orlando, FL 32896-0001 |
| Syncb/Paypal Extras<br>POB 965005<br>Orlando, FL 32896-5005 | Syncb/Pc Richard<br>POB 965036<br>Orlando, FL 32896-5036 | Syncb/Sleepys<br>POB 965036<br>Orlando, FL 32896-5036 |
| Syncb/Walmart<br>POB 965024<br>El Paso, TX 79998 | Syncb/Walmart<br>POB 965024<br>Orlando, FL 32896-5024 | Syncb/accc<br>POB 965036<br>Orlando, FL 32896-5036 |
| Syncb/modells<br>POB 965005<br>Orlando, FL 32896-5005 | Syncb/pc Richard<br>C/o P.o. Box 965036<br>Orlando, FL 32896-0001 | Td Rcs/abed.com<br>1000 Mac Arthur Blvd.<br>Mahwah, NJ 07430-2035 |

Td Rcs/fitnss Club War
1000 Macarthur Blvd.
Mahwah, NJ 07430-2035

The Home Depot
POB 6497
Sioux Falls, SD 57117-6497

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229


Veronica Maggio
c/o James Schwitalla, Esquire
12954 SW 133RD CT
Miami, FL 33186-5806

Webbank/Dell Financial
1 Dell Way
Round Rock, TX 78682-7000

Wells Fargo Bank
POB 31557
Billings, MT 59107-1557


Worlds Foremost Bank
4800 NW 1 St., #300
Lincoln, NE 68521-4463

Barry S. Mittelberg
1700 N University Dr #300
Coral Springs, FL 33071-8970

Robert J. Spinoso Jr.
6750 Royal Palm Blvd., #312
Margate, FL 33063-7210


Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007


                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
POB 982238
El Paso, TX 79998

Capital One Bank
15000 Capital One Dr
Richmond, VA 23238

Discover Financial Services
POB 15316
Wilmington, DE 19850


Ford Motor Credit Company LLC
P. O. Box 62180
Colorado Springs, CO 80962

US Bank
POB 5227
Cincinnati, OH 45201


                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Cab East LLC
c/o Gerard M. Kouri, Jr., Esq.
5311 King Arthur Avenue
Davie, FL 33331-3340

(u)Cap1/bstby

(d)Chase Card
Po Box 15298
Wilmington, DE 19850-5298


(d)Federal National Mortgage Association
c/o Anila S Rasul
PO Box 19519
Fort Lauderdale, FL 33318-0519

(d)Harley Davidson Credit
222 W. Adams
Chicago, IL 60606-5307

(u)Veronica Maggio

```
End of Label Matrix
Mailable recipients    69
Bypassed recipients     6
Total                  75
```

Case 16-12789-RBR    Doc 31    Filed 05/11/16    Page 5 of 5